UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EVA BUMAGIN,                                          :

           Plaintiff,           :        <u>ORDER</u>

  -v.-                                                     :
                                                    16 Civ. 8783 (LAP) (GWG)
THE MOUNT SINAI MEDICAL CENTER, INC.  :
et al.,
           Defendants.        :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      This case contains one or more claims arising under the Fair Labor Standards Act. In light of the requirements of <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint letter or motion that addresses whether the settlement is fair and reasonable. Any such letter or motion shall be filed by May 24, 2017, and should address the claims made, the strengths and weaknesses of the plaintiffs' case (including the possible ranges of recovery) and the defendants' defenses, the potential burdens of litigation, whether the settlement was the subject of arm's-length bargaining, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

      The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's fees expended. Finally, a copy of the settlement agreement itself must accompany the joint letter or motion.

      SO ORDERED.

Dated: May 10, 2017
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge